# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE ASHMAN

| Name of Assigned Judge or Magistrate Judge | JUDGE PALLMEYER | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 403 | DATE | AUGUST 14, 2008 |
| CASE TITLE | US v. PETRU CLADOVAN, ANTHONY VALENTINO and THOMAS ZIROLI | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Michael Mason_

DOCKET ENTRY:

BOND SET BY MAGISTRATE IN 08 CR 403 TO STAND AS BOND IN THIS INSTANCE AS TO PETRU CLADOVAN. BOND SET BY MAGISTRATE IN 08 CR 407 TO STAND AS BOND IN THIS INSTANCE AS TO ANTHONY VALENTINO, BOND SET BY MAGISTRATE IN 08 CR 408 TO STAND AS BOND IN THIS INSTANCE AS TO THOMAS ZIROLI,

FILED
AUG 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials | Date/time received in Central Clerk's office

Number of notices | DOCKET#
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials