**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number | 08 CR 403 |

United States v. Thomas Ziroli

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Ziroli

| |
|---|
| NAME (Type or print) <br> Michael D. Ettinger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael D. Ettinger |
| FIRM  Ettinger, Besbekos & Schroeder, P.C. |
| STREET ADDRESS   12413 S. Harlem Avenue, Suite 203 |
| CITY/STATE/ZIP  Palos Heights, Illinois 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0757268 | TELEPHONE NUMBER <br> 708-923-0368 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL X☐    APPOINTED COUNSEL ☐ |