## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 403 - 3 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Thomas Ziroli | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Thomas Ziroli enters plea of not guilty to all counts. 16.1 conference to be held by or on 9/19/2008. Status hearing set for 10/17/2008 at 10:00. Order same bond to stand. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|